RECEIVED
IN LAKE CHARLES, LA

AUG 30 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ LUGARDO<br>A #027 614 460<br>FDC 36156-265 | CIVIL ACTION NO. 2:10-cv-1412<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| J.P. YOUNG, WARDEN | MAG. JUDGE KATHLEEN KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim in accordance with the provisions of 28 U.S.C. § 1915 (e)(2)(B).

Lake Charles, Louisiana, this 29 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE